AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 2, 2022

By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXANDER DILELLA | ) | Case No. 3:22MJ 466 (SDV) |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 23, 2020 to May 24, 2021 in the county of Fairfield in the
District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor to Engage in Illegal Sexual Activity (and attempt) |
| 18 U.S.C. § 2252A(a)(2), (b) | Receipt of Child Pornography (and attempt) |
| 18 U.S.C. § 2252A(a)(5), (b) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Molly Cozzens

☑ Continued on the attached sheet.

MOLLYRAE COZZENS
Digitally signed by MOLLYRAE COZZENS
Date: 2022.05.02 08:52:16 -07'00'

*Complainant's signature*

Molly Cozzens, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 05/02/2022

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2022.05.02 12:15:20 -04'00'

*Judge's signature*

City and state: Bridgeport, Connecticut

Honorable S. Dave Vatti
*Printed name and title*