Case 3:23-cr-00197-SRU   Document 1-1   Filed 05/02/22   Page 1 of 15

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 2           ,20 22
By_____
        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF THE APPLICATION FOR AUTHORIZATION FOR ARREST WARRANT AND ISSUANCE OF CRIMINAL COMPLAINT

Case No. 3:22MJ 466 (SDV)

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR AUTHORIZATION FOR ARREST WARRANT AND CRIMINAL COMPLAINT**

I, Molly Cozzens, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

1. I am a Special Agent with Homeland Security Investigations (HSI), Department of Homeland Security, assigned to the Office of the Assistant Special Agent in Charge, Nogales, Arizona. I have been a Criminal Investigator with HSI since July 2017. I am a sworn federal law enforcement officer and have authority to investigate federal offenses pursuant to Title 18 of the United States Code. I am currently assigned to the Trade Enforcement and Cyber Crimes Group, which conducts investigations of crimes where computers and the internet are used in the sexual exploitation of children, including, but not limited to, violations of Title 18, United States Code, Sections 2251, 2252A, and 2422(b). I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Academy at the Federal Law Enforcement Training Center in Glynco, Georgia. During the HSI Special Agent Academy, I received formal training in the investigation of cases involving the sexual exploitation of children.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for ALEXANDER DILELLA, charging him with enticement of a minor to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b), receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

4. The statements contained in this affidavit are based in part on information provided by witnesses with first-hand knowledge of the events described herein, other members of local, state, and federal law enforcement, data extracted from cellular phones, my own investigation, to include personal observations, documents, and other investigative materials that I have reviewed, as well as on my training and experience as a Special Agent with HSI. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause exists to support the issuance of a criminal complaint and an arrest warrant, and does not set forth all of my knowledge about this matter.

**SUMMARY OF PROBABLE CAUSE**

5. As described in more detail below, ALEXANDER DILELLA, an adult male (YOB 1999), communicated via online applications Snapchat, Omegle, and FaceTime with minor girls, some as young as 13 and 14 years old, to persuade, induce, entice, or coerce them to engage in illegal sexual activity and to produce and send him child pornography of themselves. During one Snapchat conversation with a girl DILELLA knew was 14 years old, DILELLA referred to the girl as a "child porn slave" when demanding that she send him a video of herself rubbing her vagina, which she did.

6. On May 24, 2021, law enforcement seized DILELLA's iPhone pursuant to a search and seizure warrant. A search of that phone revealed four videos of child pornography showing minor children, between approximately 4 years old and 12 years old, engaging in sexually explicit conduct in that they were being sexually abused and penetrated by an adult man.

## STATUTORY AUTHORITY

7. As noted above, there is probable cause that DILELLA violated 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), and 2422(b), which are set forth here:

    a. Title 18, United States Code, Section 2252A(a)(2)(A) prohibits a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

    b. Title 18, United States Code, Section 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

    c. Title 18, United States Code, Section 2422(b) prohibits a person from knowingly persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, through the use of any means and facility or means of interstate commerce, to engage in any sexual activity for which any person can be charged with a criminal offense. The statute also prohibits a person from attempting and conspiring to do the same. The term 'sexual activity for which any person can be charged with a criminal offense' includes the production of child pornography, as defined in section 2256(8). 18 U.S.C. § 2427.

## DEFINITIONS

8. The following definitions apply to this Affidavit:

    a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8) ("any visual depiction including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or

other means of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct."), and also includes any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. 18 U.S.C. §§ 2252 and 2256(2).

    b. "Minor" means any person under the age of 18 years. 18 U.S.C. § 2256(1).

    c. "Sexually explicit conduct," as used herein "means actual or simulated—(i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person;

    d. "Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

## BACKGROUND INFORMATION REGARDING SNAPCHAT

9. Snapchat is one of the most popular applications for sending and receiving "self-destructing" messages, pictures, and videos. Snap, Inc., headquartered in Santa Monica, California, owns and operates this service via a free access social networking website of the same name that can be accessed at http://snapchat.com. Through the service, users can make a "snap," which is a picture or video message taken and shared with other Snapchat users in real-time. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Snapchat users can send

text messages to others using the Chat feature. Once a user leaves the Chat screen, messages viewed by both the sender and the receiver will no longer be visible. The application notifies other users when they are online so that can begin messaging each other. In addition, Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be sent from the saved pictures in the photo gallery of the device.

## PROBABLE CAUSE

    A.    **Initial Report to Law Enforcement**

10. According to a detective with a local police department in Arizona, on October 24, 2020, a deputy met with the parents of a 13-year-old minor girl ("MV1"). MV1's father stated that while looking through MV1's cell phone, he found "sexting" messages between MV1 and an unknown man that MV1 identified as "Alex," as well as messages with other men.

11. As described below, law enforcement later determined that the "Alex" who communicated with MV1 is ALEXANDER DILELLA.

12. The deputy conducted a preliminary interview of MV1, and on November 12, 2020, MV1 was interviewed by a forensic interviewer at a Children's Advocacy Center. During these interviews, MV1 provided the following information, among other things:

    a.    MV1 met "Alex" on an application called Omegle, which, according to MV1, allowed people to speak to random strangers. MV1 stated that she did not know Alex's last name but stated that his cell phone number was 475-225-3169. MV1 stated that Alex is MV1's friend on Snapchat and that his Snapchat username is "adilella93." MV1 stated that she saw Alex's face when he sent her a picture of himself via Snapchat. According to MV1, Alex claimed to be 19 years old, but he looked older than that in the picture he sent.

b.      According to MV1, she told Alex that she was 13 years old. MV1 stated that Alex asked her to FaceTime him[1] and told her to put things in her mouth and pretend she was sucking his "dick." MV1 also stated that Alex told her to take off her clothing and put things inside her vagina and anus and to moan while doing so. MV1 stated that Alex asked that she send him pictures and videos of herself doing specific things such as putting her fingers in her "pussy" or squeezing her breasts. MV1 stated that she would usually send Alex the pictures and videos on Snapchat.

c.      MV1 stated she did whatever Alex told her to do. MV1 stated that while she was performing these acts that Alex would "jack off" and would show MV1 his penis on FaceTime.

d.      MV1 stated that Alex asked her to ask her little sister (who was 11 years old) to join MV1 in performing sexual acts, but MVI never asked her because MV1 was not comfortable with doing that.

13.     MV1 and her parents consented to the search of MV1's iPhone. I have reviewed the data extracted from MV1's phone, which showed numerous text messages between October 22 and October 24, 2020, between MV1 and Alex, who was using 475-225-3169. The text messages were consistent with what MV1 disclosed during her interviews. For example, one conversation occurred on October 23 and 24, 2020, which involved texting during a live video feed on FaceTime and contained the following excerpt:

| Alex: | Talk dirty to me |
|---|---|
| MV1: | I can't |
| Alex: | Harder |
| Alex: | Gag for me |
| Alex: | Put it in ur pussy then suck on it |
| MV1: | Ok but I can't show you tho |
| Alex: | Ok babe |

---

[1] FaceTime is a video chat feature used by users of Apple iPhones and other Apple products.

| Alex: | Or hold your phone up and show ur whole body |
|---|---|
| Alex: | Like a selfie lol |
| MV1: | I can't |
| Alex: | Ok♡ |
| Alex: | Fuck that little pussy baby |
| MV1: | Wdym [what do you mean?] |
| Alex: | Fuck it hard with ur thing |
| Alex: | Put it in |
| MV1: | I can't my sister is here |
| Alex: | Ah |
| Alex: | Keep sucking then |
| MV1: | Ok |
| Alex: | Gag for me |
| Alex: | Take it like a whore |
| Alex: | Pinch ur nipples and twist them |
| Alex: | Make it hurt |
| MV1: | Ok |
| Alex: | Good girl |
| Alex: | Suck hard as you can |
| Alex: | Choke and make your eyes water |
| MV1: | Ok |
| Alex: | I wanna see you covered in spit |
| Alex: | Get it all over your face and body baby |
| Alex: | God I love you |
| MV1: | My sister turn around |
| Alex: | Ur such a fucking whore |
| Alex: | Ah |
| Alex: | Hoe old is she? |
| MV1: | 11 |
| Alex: | She wanna join us? 😭 🙉♂ |
| Alex: | I'm about to cum baby |
| MV1: | No she doesn't like that type of stuff |
| Alex: | U ever try with her? 🙉♂ |
| MV1: | No and never |

14. MV1's phone showed that MV1 had been communicating with adilella93 on Snapchat.

15. MV1's phone contained various sexually explicit photos and videos consistent with those described by MV1, but there was no indication whether any of those photos or videos were sent to DILELLA.

### B. Identification of "Alex" as ALEXANDER DILELLA

16. On November 5, 2020, a detective in Arizona submitted a search warrant to Verizon Wireless pertaining to 475-225-3169, which was the number MV1 used to communicate with "Alex." According to Verizon, the subscriber of that number is Individual A (with the same last name as DILELLA) at a residence in Stratford, Connecticut. According to Verizon, 475-225-3169 was annotated as "Phone 3" and reflected the cell phone on the account was an iPhone.

17. Public records indicate that several people with the last name Dilella reside at the residence in Stratford identified by Verizon, including ALEXANDER DILELLA, who is currently 22 years old.

18. On February 25, 2021, I received the following information from Snapchat in response to a summons requesting information pertaining to the adilella93 account:

    Email Address: alexromney26@gmail.com
    Created: August 9, 2017
    Creation IP: 74.88.57.55
    Phone Number: 1-475-225-3169
    IP logs reflected that the IP address of 69.114.45.92 was used to access Snapchat from September 15, 2020 to February 22, 2021.

19. On April 19, 2021, I received results from a summons served on Snapchat requesting an update on information pertaining to the adilella93. The IP logs reflected that the same IP address of 69.114.45.92 was used to access Snapchat from February 22, 2021 to March 7, 2021.

20. The IP address identified by Snapchat is registered to the internet provider Optimum. In response to an administrative subpoena, Optimum was unable to match this IP address to a

particular subscriber. It did, however, confirm that Optimum was the internet subscriber for DILELLA's home address in Stratford.

21.  As described below in paragraph 29, DILELLA sent photographs of himself to various individuals, including minors, though the adilella93 Snapchat account.

**C.  Search of DILELLA's phone**

22.  On May 13, 2021, Magistrate Judge S. Dave Vatti signed a search warrant for the Apple iPhone assigned number 475-225-3169, which was used by DILELLA.

23.  On May 24, 2021, agents and task force officers with HSI went to DILELLA's residence in Stratford, Connecticut to execute the warrant. At approximately 2:30 p.m., agents observed DILELLA exit his residence. While DILELLA was in his driveway, an agent called 475-225-3169, and DILELLA took his phone out of his pocket and looked at it. Agents approached DILLELLA and took custody of his phone, which was an Apple iPhone 6s Plus.

24.  I reviewed the digital extraction of DILELLA's iPhone and saw that the application Snapchat was installed on the phone. The username in the Snapchat application was adilella93, and the phone number was 475-225-3169.

25.   During my review of the cell phone extraction, I observed the following video files containing child pornography, which had file paths indicating the videos were utilized within the Snapchat application:

a.  e78f6e23e7f67dee6f26665400d78122: This video is 1 minute and 59 seconds in duration. The video depicts a female child, approximately four to eight years of age, laying on her back in a bed. The child has dark colored hair and is wearing a pink shirt. She is nude below the waist and has an article of clothing around her right ankle. A completely nude adult male is observed on top of the child and at one point he pins her wrist to the bed with his hand. The male

appears to be having intercourse with the child and is seen repeatedly thrusting his hips back and forth into the child's crotch.

    b.  acb3ceaed21a597b2f2602fd5154f4a5: This video is 28 seconds in length. The video depicts a female child, approximately seven to twelve years of age, kneeling on a red chair with her arms resting on the top of the chair back. The child is wearing a multicolored shirt and her bottoms are pulled down around her knees exposing the child's buttocks. An adult male is standing in front of the chair facing the child's buttocks and back. The adult is not wearing a shirt and his shorts appear to be unbuttoned and opened. The adult appears to be having intercourse with the child. The adult is grabbing the child by her hips and pulling her buttocks into his crotch in a thrusting motion. At one point the adult is seen groping the child's buttocks.

    c.  74514d8ccab7051eb97cbe5987f95cbd: This video is 10 seconds in length. The video depicts a female child, approximately four to seven years of age, laying on her back with both legs in the air. The child has long dark hair and is nude. A nude adult male is seen kneeling on his knees in front of the child's crotch. The child's legs are spread around the adult, who is holding the child's ankles. The adult appears to be having intercourse with the child and is repeatedly thrusting his hips into the child's crotch.

    d.  3c82578f6475e9f8c4f1ddff080bbf6a: This video is 12 seconds in length. The video depicts a female child, approximately four to seven years of age, laying on her back completely nude. The child has dark hair, and her legs are spread with her knees pulled up to her shoulders. An adult wearing only a black shirt is seen leaning over the child between her legs. The adult is nude from the waist down and appears to be having intercourse with the child. The adult can also be seen holding the child's wrist with his hands.

26. The Apple iPhone 6s Plus is manufactured by Apple Inc., and no Apple iPhones are manufactured in Connecticut. The majority of Apple iPhones are manufactured in China. In addition, Foxconn, the manufacturing company of Apple iPhones, maintains manufacturing facilities in Thailand, Malaysia, the Czech Republic, South Korea, Singapore, and the Philippines.

**D.    Search of DILELLA's Snapchat Account**

27. On August 17, 2021, Magistrate Judge S. Dave Vatti signed a search warrant for the Snapchat account for username adilella93. On September 23, 2021, HSI received the contents of the adilella93 account in response to the search warrant. I have reviewed the contents of the adilella93 account provided by Snapchat.

28. Snapchat provided the contents of numerous conversations that DILLELA had with others, including conversations that appeared to be with minors under the age of 18. Most of these conversations, if not all of them, were sexually explicit in nature.

29. One of the individuals DILELLA communicated with via Snapchat was a 14 year-old girl from Colorado ("MV2"). Snapchat provided the contents of a conversation on March 7, 2021, between DILELLA and MV2. In this conversation, DILELLA sent MV2 several photographs of himself, including the following photographs:

 

30. I interviewed DILELLA on May 24, 2021, when we seized his iPhone. The person in the photos above appear to be DILELLA.

31. The conversation between DILELLA and MV2 on March 7, 2021, was highly sexual in nature and, at times, violent in nature. Throughout the conversation, at DILELLA's request, MV2 sent photographs and videos of her exposed breasts and exposed vagina. DILELLA also sent MV2 multiple photographs of an erect penis. In the middle of the conversation, MV2 told DILELLA that she was 14 years old:

| DILELLA: | How old are you again? |
|---|---|
| MV2: | I lied before I'm younger then I said |
| DILELLA: | Ahhhhh |
| DILELLA: | How old are you actually? |
| MV2: | 14 |
| DILELLA: | Ur fucking 14???? And have a body of like a 20 year old pornstar |
| MV2: | Not really |
| DILELLA: | And wear lingerie like damn |
| MV2: | Hold on I have some of me in actually lingerie I think |
| DILELLA: | So why u like older guys? |
| **MV2 sends a photo and a video of herself in lingerie** | |
| MV2: | Idk daddy issues? |
| DILELLA: | Ahhhh. Fuckkkk Your my second oldest girl |
| MV2: | How much younger do you have |
| DILELLA: | I just fucked a 12 year old yesterday |

32. Later in the same Snapchat conversation on March 7, 2021, after DILELLA knew MV2's real age of 14, DILELLA continued to solicit child pornography from her and called her a "child porn slave":

| DILELLA: | I love it your like the most chill and awesome child porn slave ever. |
|---|---|
| DILELLA: | Rub ur clit 4 me idc [I don't care] that ur vagina bleeding. |
| DILELLA: | Imma make you feel good. |
| MV2: | Ok daddy |
| DILELLA: | Show daddy baby |

| | |
|---|---|
| MV2: | I haven't shaved in a while btw sorry |
| DILELLA: | Idgaf [I don't give a fuck] |
| MV2: | Some guys do. |

33.     In response to DILELLA's request, MV2 sent a video of herself licking her fingers and then rubbing her fingers on her exposed vagina. MV2's face is not visible in the video, but she is wearing a distinctive bracelet on her right wrist in the video. MV2 appears to be wearing this same bracelet in at least two other videos that she sent to DILLELA in which her face is visible.

34.     In December 2021, MV2 was forensically interviewed at a Children's Advocacy Center in Colorado. During the interview, she confirmed that the Snapchat screen name used in the above conversations was hers. She further confirmed that she sent sexually explicit photographs and videos of herself to multiple individuals on Snapchat. She could not remember the Snapchat account name adilella93.

35.     MV2 and her parents consented to the search of MV2's phone. The calls logs in MV2's phone showed the following outgoing calls to DILELLA's phone number 475-225-3169:

      a.    March 6, 2021: call lasted 4 minutes and 45 seconds

      b.    March 7, 2021: call lasted 25 minutes and 49 seconds

      c.    March 21, 2021: call lasted 5 minutes and 52 seconds

      d.    March 25, 2021: call not answered

      e.    July 11, 2021: call not answered[2]

36.     MV2's phone further showed an incoming FaceTime call from alexromney26@gmail.com on March 6, 2021. As noted above in paragraph 18, this email address is associated with the Snapchat account adilella93.

---

[2] This call occurred after law enforcement seized DILELLA's phone pursuant to a search warrant, as described in Section C of this affidavit.

37. MV2's Snapchat screen name appeared in DILELLA's iPhone in such a way that indicates that DILLELA may have attempted to delete it from his phone.

38. Phone records provided by Verizon for DILELLA's phone number of 475-225-3169 showed one phone call between DILELLA and MV2 on March 22, 2021.

E. **Interview of ALEXANDER DILELLA**

39. On May 24, 2021, after law enforcement officers approached DILELLA at his home and seized his iPhone, DILELLA agreed to voluntarily speak with me and other agents on the back porch of his residence.

40. During the interview, DILELLA stated that he has used Omegle and Snapchat to communicate with others online. He further stated that his Snapchat username is adilella93.

41. DILELLA stated that he deletes data off of his phone every evening, including messages and call logs. He further stated that he has been using a "VPN" since approximately February 2021. I know from my training and experience that a VPN is a Virtual Private Network that can, among other things, mask a user's IP address.

## CONCLUSION

42. Based on the information in this affidavit, I submit that there is probable cause to believe, and I do believe, that ALEXANDER DILELLA knowingly persuaded, induced, enticed or coerced, and attempted to do so, a minor to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. §2422(b), and knowingly received and possessed, and attempted to do so, child pornography, in violation of 18 U.S.C. §2252A(a)(2)(A) and (a)(5)(B). Accordingly, I respectfully request that a criminal complaint and arrest warrant be issued authorizing the arrest of ALEXANDER DILELLA on those charges.

Respectfully submitted,

MOLLYRAE COZZENS
Digitally signed by MOLLYRAE COZZENS
Date: 2022.05.02 08:50:42 -07'00'

Molly Cozzens
Special Agent, HSI

The truth of the foregoing affidavit has been attested to me by HSI Special Agent Molly Cozzens over the telephone on May 2nd, 2022.

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2022.05.02 12:13:44 -04'00'
_____
HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE