UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:23CR197(SRU) |
| vs. | : | |
| ALEXANDER DILELLA | : | MARCH 19, 2024 |

## NOTICE OF EXHIBIT

The defendant, Alexander Dilella, hereby files Exhibit B to his Memorandum in Aid of Sentencing filed on March 18, 2024.

                                        Respectfully Submitted,

                                        THE DEFENDANT,
                                        Alexander Dilella

                                        FEDERAL DEFENDER OFFICE

Date: March 19, 2024                    /s/ *Lillian A. Odongo*
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702,
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: phv10994
                                        Email: lillian_odongo@fd.org

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 19, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Lillian A. Odongo*
                              Lillian A. Odongo

# EXHIBIT B



March 19, 2024

Hon. Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Blvd.
New Haven, Connecticut 06604

Dear Judge Underhill,

My name is Father (Rev.) Stephen Krugel.  I am a Roman Catholic priest former pastor of Holy Rosary Catholic Church in Ansonia, Conn. now retired or as we call it a "senior priest," living in Milford, Conn.  Even though retired I still continue to help out at Holy Rosary and Assumption Churches in Ansonia on the weekends and also help out wherever I might be needed. I first met Alexander Dilella while I was serving as pastor, I would see him at Sunday Mass with his family.  He would always be very well dressed, obviously taking great care in his appearance.  Each year the parish had an "Italian Festival" in August requiring the help of a large number of volunteers and Alexander was right in there helping out with the Festival showing that he is a hard worker, and was involved in his church.

Presently I serve as Alexander's "Spiritual Advisor" and from our sessions together I can attest to the fact that Alexander is  a sincere and compassionate person.

Your Honor when sentencing Alexander I ask that you temper justice with mercy.

Sincerely yours,

Rev. Stephen Krugel