UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:23CR197(SRU) |
| vs. | : | |
| ALEXANDER DILELLA | : | MARCH 22, 2024 |

## NOTICE OF EXHIBIT

The defendant, Alexander Dilella, hereby files Exhibit C to Memorandum in Aid of Sentencing.

Respectfully Submitted,

THE DEFENDANT,
Alexander Dilella

FEDERAL DEFENDER OFFICE

Date: March 22, 2024

*/s/ Lillian A. Odongo*
Assistant Federal Defender
265 Church Street, Suite 702,
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv10994
Email: lillian_odongo@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on March 22, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                          <u>/s/ Lillian A. Odongo</u>
                          Lillian A. Odongo

# EXHIBIT C

March 17, 2024

Hon. Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Blvd
New Haven, CT 06604

Dear Judge Underhill:

My name is Frank Lazowski Jr. I have worked as a claims adjuster for over 20 years. I have been a real estate agent since 2005 and have been a broker since 2017 starting my own firm. I have a masters and bachelor's degree from the University of New Haven. I currently reside in Derby with my wife Sara and our son Myles.

I have known Alex since 2008 when I first started dating his mother, who has been my wife since 2012. Alex has lived a difficult life since he has been born. His mother went through many different traumas in her teenage life and was pregnant in high school giving birth to him when she was only 18. This is not an ideal life for any child or early mother. His biological father was never in his life, as he left shortly after my wife was pregnant with him. When I first started dating my wife, I noticed problems almost immediately and the issues were like nothing I have ever seen before. I tried to include him in events with my family to give him more stability. I did bring him to various tourist areas in the state, restaurants etc. to do my best for him and his mother. Alex did volunteer with me at the church we attend in Ansonia for their annual festival. Alex did also attend sporting events with us as a child and young man, and did go personally with me to some hockey games I used to participate in.

He had an issue at school before I knew him that hindered his ability to be educated. To this day I think it hurts him that he had very limited education. The limits on his education had made him socially awkward with other students his age and sometimes adults as well. When exposed to the real world after high school I believe he had a difficult time adapting to everyday life. He would not last at many jobs for very long. This can be typical for the average 18+ year old but even worse with the issues he had. Sadly, I feel that his last full time job before he was arrested may have finally given him a career path he was excited in and given him a better purpose in life.

I am aware that Alex has pled guilty to receipt and possession of child pornography. These charges did take me by surprise. I will admit I did not speak to him about it, as it would not be appropriate to do so with our limited relationship. I do feel he is remorseful for these offenses. I would also say due to the mental issues described earlier, he might not have even realized the extent of what he may have been doing.

I feel everyone deserves a second chance. I would ask for leniency in his sentencing to assist him in getting this second chance. My hope is he can continue on the path he may have been on just prior to his arrest.

Sincerely,

Frank Lazowski Jr.

March 17, 2024

Dear Judge Underhill:

We are writing to you about Alexander Dilella who is scheduled for sentencing in the near future. Alex came into our life when his mother Sara started dating our son Frank Jr. in 2008. Alex was in grammar school at that time.

Alex is our step grandson. He resided with his grandparents in Stratford and did not move to Derby.

Frank Sr. is an HVAC design salesman and is currently working for Controlled Air Inc. in Branford, CT for the past 14 years. Frank also runs a residential HVAC service and sales business with Sandra, his wife since 2004.

Sandra is currently employed as a para- professional in the Derby Public School System. She works with children who range in age from 8-9 years old. We have 4 grown children and seven grandchildren.

We would see Alex on holidays and special occasions and sometimes for just a short visit. He was always polite and well dressed and had a friendly attitude. He would go for hikes with us into Witek Park in Derby and to the lake there. He would also come to church with us occasionally.

Alex attended our daughter's wedding in April of 2022. That was the last time we saw him. He was arrested shortly thereafter. We were shocked by the arrest charges.

Alex was always on his best behavior at our home and at any of our son's homes. We would ask you to please consider this a first-time offense, also consider that he needs help and should receive it. We have not seen or spoken to Alex since his arrest. We do not know why he went down this path but feel he is remorseful for what has occurred. We ask that you please consider all of the above and give him that second chance with a stipulation that he never winds up in your court again.

Community service in a soup kitchen or other volunteer agency would open things up for him. He needs to know that there are people that are less fortunate than himself and desperately need help as well.

We feel this would be a better option than a harsh prison sentence. We feel that he would use better judgement in making his decisions and not repeat this offense again. A second chance with conditions can go a long way.

Respectfully submitted,

*Frank E. Lazowski SR*
Frank Lazowski Sr.

*Sandra Lazowski*
Sandra Lazowski