UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:23CR197(SRU) |
| vs. | : | |
| ALEXANDER DILELLA | : | MARCH 22, 2024 |

## NOTICE OF EXHIBIT

The defendant, Alexander Dilella, hereby files Exhibit E to Memorandum in Aid of Sentencing.

Respectfully Submitted,

THE DEFENDANT,
Alexander Dilella

FEDERAL DEFENDER OFFICE

Date: March 22, 2024

*/s/ Lillian A. Odongo*
Assistant Federal Defender
265 Church Street, Suite 702,
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv10994
Email: lillian_odongo@fd.org

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on March 22, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      <u>/s/ Lillian A. Odongo</u>
      Lillian A. Odongo

# EXHIBIT E

Hon. Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Blvd
New Haven, Connecticut 06604

Dear Judge Underhill,

I am writing to you on behalf of Alexander DiLella, whom I have known for many years. His mother is married to my very good friend, Frank Lazowski. When I was first introduced to Alex he was a troubled youth. Frank would share with me many of the issues experienced by this youngster who did not have his father present in his life. Frequent trips to the hospital for psychological treatment were the order of the day. Alex came across as cold and standoffish; it was as if he was in his own world. In recent years, however, there was a visible change in him. Alex began working steadily and by all outward appearances was maturing. Being a police officer, I have witnessed my young people who never experience a pivot point but continue down a path to destruction, physically, mentally and socially. Alex ostensibly seemed to buck this trend.

I believe Alex's change can best be demonstrated, from my point of view, by relating an exchange I had with him shortly before his arrest. In April of 2022, I attended Frank's sister's wedding. My family was seated with Frank and his family, including Alex. Alex handed me a cross necklace that had a thin blue line flag superimposed on it. His gesture acknowledged his respect for law enforcement and for me as a Christian and officer. I thanked him for his gift and still have it to this day. The young man I sat with that day radiated of a mature individual coming into his own. It seemed that the tortured boy of former years was giving way to a metamorphosis. Here sat a man who only vaguely resembled his former self; he was very proud of his new found career and his dedication to it. Our conversations that day filled me with confidence that Alex was not who he once was.

While I admittedly lack many of the details, I wanted to make you aware of the change that Alex has fought to achieve in his most recent years. Alex appeared to be on his way to making a man out of himself, leaving childish things behind as he did so. Knowing the purpose of your sentence will not be merely punitive but reforming, I hope that you will consider just that. Given enough time Alex may have arrived at this on his own, however, he thwarted any such plan. Please consider that a shorter sentence may benefit Alex and society in the long run, giving him more time to get his life back on track and realizing the potential to be a net positive for his community. I believe that by God's grace, he will still find the deeper transformation he needs through Christ. May your decision reflect one of mercy, for "mercy rejoiceth against judgment".

Sincerely,

Adam Greco

Katherine Andrews



Hon. Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

Dear Judge Underhill,

My name is Katherine Andrews, I am a practice manager and live in Shelton, CT. I am writing to you regarding my nephew, Alexander Di Lella. As his aunt, I wanted to share some things with you about Alex that I know and love.

Alex has been a bright spot in my life. He is a kind person, to people and animals; he is sensitive and caring. Alex is a source of companionship for my parents, with whom he has lived with since he was little. He has been helpful with taking care of things around the house and I felt like I could worry a little less knowing that he is there to help. My parents have a fieldstone foundation, it's easy for little mice to sneak in. Because of his big heart, Alex would insist on setting humane mouse traps and once they were caught, he would walk or drive to a field and release them. He didn't want them to get hurt. Alex has been there for me when and if I ever needed anything, always. He helped me move all my stuff up two flights of stairs when I got my first apartment and then move it all back down when I bought my home. He is skilled in building train layouts, he is a great artist and photographer and loves fishing. It had been nice to see him starting to come into his own. I was so happy he had found a job that he really liked and was beginning to make new friends.

I understand the serious nature of the charges. It breaks my heart, our families' hearts, to know why Alex is standing before you. If I had the chance, I would want the victims to know that they are in my thoughts and prayers. I would want them to know that my family and I would have given up everything, so they did not have to go through what they did.

It is with the upmost respect that I ask for leniency in your sentencing of Alexander. Alex has a good heart and I believe he can be rehabilitated. He has the full support of our family. He has a network of professionals and his family to help him become a productive part of society again. Alex being gone will leave a huge hole in our lives, every day a piece of our heart will be missing. Thank you for taking the time to read my letter. Your compassion can make a significant difference in Alex's life and the lives of our family.

Sincerely,

*Katherine Andrews*

Katherine Andrews

Sam Khalil



Hon. Stefan R. Underhill

United States District Judge

United States District Court

915 Lafayette Blvd

Bridgeport, CT 06604

Dear Judge Underhill,

My name is Sam Khalil. I came to this country many years ago, and through hard work, I own a neighborhood restaurant located on Main Street in Stratford, which is how I know Alexander DiLella. I first met Alex as a longtime customer in my restaurant and have gotten to know him even more now that he works for me part-time. I know Alex to be a dependable, hard worker. I never have to ask him twice to do something, he will do any job he is given. He is very helpful and gets along with everyone. Alex is always on time and ready to lend a helping hand. He is thoughtful and kind. If a vendor comes in during Alex's shift, Alex will stop whatever he is doing to grab the door for them. He will help them unload the supplies, which he doesn't have to do, but it makes their job a lot easier and helps them get to their next stop quicker.

Alex has a lot of good in him. He is a polite, caring and friendly person. He will be missed here and by his family when he is away. It is for reasons like this, I am asking you to show leniency with Alex.

Respectfully,

Sam Khalil  *[signature]*   3/20/24